1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF CALIFORNIA

7

8    ROBERT LIONEL SANFORD,                    Case No. 1:22-cv-01400-EPG (PC)

9                              Plaintiff,       ORDER GRANTING DEFENDANTS'
                                                MOTION TO STAY RESPONSIVE
10              v.                              PLEADING DEADLINE

11                                             (ECF No. 4)

12   PATRTICK EATON, et al.,

13                             Defendants.

14

15          On October 31, 2022, Defendants removed this case from Tuolumne County Superior

16   Court.  (ECF No. 1).  On November 2, 2022, Defendants filed a motion "to stay or vacate their

17   deadline to file a responsive pleading pending final resolution of the Court's screening of

18   Plaintiff's Complaint and any amendments to that Complaint…."  (ECF No. 4).

19          The Court finds good cause to grant Defendants' motion.

20          Accordingly, IT IS HEREBY ORDERED that Defendants have thirty days from the date of

21   the screening order to file a responsive pleading as to those portions of the complaint that remain

22   after the Court's screening order.

23
     IT IS SO ORDERED.
24

25      Dated:   **November 2, 2022**        /s/ _Erica P. Grosjean_

26                                           UNITED STATES MAGISTRATE JUDGE

27

28

                                                  1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28