# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LIONEL SANFORD,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK EATON, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-01400-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 1, 14.) |

Robert Sanford is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983 and which includes state law claims. This action was removed from Tuolumne County Superior Court on October 31, 2022. (Doc. 1.)

The assigned magistrate judge entered findings and recommendations, recommending that that Plaintiff's federal claims be dismissed with prejudice for failure to state a claim, and that Plaintiff's state law claims be remanded to Tuolumne County Superior Court. (Doc. 14.) To date, no objections have been filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

  1. The findings and recommendations issued July 5, 2023, are **ADOPTED IN**

1

       **FULL**.

    2.    Plaintiff's federal claims are **DISMISSED**, with prejudice, for failure to state a claim.

    3.    Plaintiff's state law claims are remanded to Tuolumne County Superior Court.

IT IS SO ORDERED.

Dated:   **August 29, 2023**

UNITED STATES DISTRICT JUDGE